PD-0474-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 4/30/2015 2:17:18 PM
Accepted 5/1/2015 11:11:00 AM
ABEL ACOSTA
CLERK



**PAUL JOHNSON**
**CRIMINAL DISTRICT ATTORNEY**

DENTON COUNTY COURTS BUILDING, 3RD FLOOR
1450 E. McKINNEY, Suite 3100
P. O. BOX 2344
DENTON, TEXAS 76202

MAIN NUMBER 940-349-2600
MAIN FAX 940-349-2601
www.dentoncounty.com

HOT CHECKS 940-349-2700

April 30, 2015

Louise Pearson, Clerk
Court of Criminal Appeals
P. O. Box 12308, Capitol Station
Austin, TX 78711

RE:     *Melissa Almaguer v. State of Texas*
        Trial Court No. F-2012-1538-C
        Court of Appeals No. 02-14-00259-CR
        Court of Criminal Appeals No. PD-0474-15

Dear Ms. Pearson:

The State of Texas, by and through the Criminal District Attorney of Denton County, Texas, and Appellee herein, waives response to Appellant's Petition For Discretionary Review filed April 29, 2015.

FILED IN
COURT OF CRIMINAL APPEALS

May 1, 2015

ABEL ACOSTA, CLERK

Sincerely,

YAEL ZBOLON
Assistant Criminal District Attorney
yael.zbolon@dentoncounty.com

YZ/ww
cc:     Craig Price